ACCEPTED
05-17-01114-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/1/2018 4:50 PM
LISA MATZ
CLERK

No. 05-17-01114-CV

_____

IN THE COURT OF APPEALS

FOR THE FIFTH DISTRICT OF TEXAS AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
06/01/2018 4:50:44 PM
LISA MATZ
Clerk

MATTHEW D. STERN

**Appellant**

V.

BELLA CUSTOM HOMES, INC.

**Appellee**

On Appeal from Dallas County Court at Law Number 2

T. King Fifer, Judge Presiding

UNOPPOSED MOTION FOR EXTENSION

OF TIME TO FILE APPELLEE'S BRIEF

Appellee Bella Custom Homes, Inc. ("Bella") moves for an unopposed extension of time to file its brief in this proceeding and states the following in support:

1. Bella's brief is due to be filed on May 31, 2018. Bella respectfully requests a thirty-day extension of time, until June 30, 2018, to file its brief. Bella has not previously requested an extension of time to file its brief. This extension is not sought merely for delay, but in the interest of justice.

2. Bella's appellate counsel has been involved in attending five multi-party mediations, a deposition, and a site inspection, most of which involved travel, during the 30 days since Appellant's brief was filed, leaving insufficient time for Appellee's counsel to complete its brief by the current deadline. All of the referenced activities were scheduled prior to the filing of Appellant's brief.

3. Bella prays that the Court enter an order granting its Unopposed Motion for Extension of Time to File Appellee's Brief and ruling that Bella's brief be filed by June 30, 2018.

Respectfully submitted,

**/s/ Dan P. McManus**
Dan P. McManus
State Bar No. 13782650
Tribble | Ross
6371 Richmond Avenue
Houston, Texas 77057
Tel.: 713.622.0444
Fax: 713.622.0555
dmcmanus@tribblelawfirm.com

## CERTIFICATE OF CONFERENCE

On June 1, 2018, I communicated with Chad M. Ruback, counsel for Appellant, Matthew D. Stern, who confirmed he is unopposed to this motion.

**/s/ Dan P. McManus**
Dan P. McManus

## <u>CERTIFICATE OF SERVICE</u>

On June 1, 2018, I served a copy of this document via the e-filing portal to following counsel for Appellant, Matthew D. Stern:

Chad M. Ruback
The Ruback Law Firm
8117 Preston Road, Suite 300
Dallas, Texas 75225
chad@appeal.pro

*/s/ Dan P. McManus*
Dan P. McManus